UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANNE M. DUPONT,                                CASE NO. 18-11310
                                                 HON. MARIANNE O. BATTANI

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S MOTION, REVERSING THE FINDINGS OF THE COMMISSIONER AND REMANDING FOR FURTHER PROCEEDINGS**

Plaintiff Jean M. Dupont brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of the Commissioner that her disability ended as of July 20, 2016. The case was referred to Magistrate Judge Stephanie Dawkins Davis pursuant to 28 U.S.C. § 636.

In a Report and Recommendation ("R&R") dated August 15, 2019, the Magistrate Judge recommended that Plaintiff's Motion for Summary Judgment be granted, Defendant's Motion for Summary Judgment be denied, that the findings of the Commissioner be reversed, and the matter remanded to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

In her Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within 14 days of service and that a party's

failure to file objections would waive any further right of appeal. (ECF No. 16 at 21). Neither party filed an objection. Moreover, this Court agrees with the thorough analysis set forth in the R&R.

Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation, **GRANTS** Plaintiff's Motion for Summary Judgment, **DENIES** Defendant's Motion for Summary Judgment, and **REMANDS** this matter for further proceedings consistent with the R&R pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

Date: September 10, 2019                               s/Marianne O. Battani
                                                                         MARIANNE O. BATTANI
                                                                         United States District Court